

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
JORDAN JODRÉ*
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
STEPHEN KAHN
MATTHEW KRIVITSKY
EVAN M. LA PENNA
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND

*Also Admitted In New Jersey

September 17, 2018

**BY ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Hincapie v. City of New York*, 18 CV 3432 (PAC)

Your Honor:

I represent plaintiff in the above-referenced civil rights action. I write with defendants' consent to respectfully request a two-week extension of plaintiff's service deadline under Fed. R. Civ. P. 4(m).

This case challenges plaintiff's felony murder prosecution following the death of "Utah Tourist" Brian Watkins in 1990, plaintiff's 1992 conviction and the over twenty-five years that plaintiff spent incarcerated as a result. The matter was commenced on April 19, 2018. DE #1. With plaintiff's consent, defendant City of New York sought and obtained two extensions of its response deadline, which presently stands at September 21, 2018. DE #6, 11. At the same time, plaintiff has worked diligently to serve the individual defendants, with fourteen of them served as of this writing. DE #59-72. Under the current schedule, plaintiff's Rule 4(m) service deadline expires today.

With respect to the remaining individual defendants, plaintiff is working with Corporation Counsel to determine their true identities, obtain service addresses and ascertain which of them, if any, are deceased. If it should please the Court, plaintiff is hopeful that the instant proposed extension will allow sufficient time for that exchange of information to be completed and, if necessary, for the parties to jointly propose alternative arrangements to the Court.

Honorable Paul A. Crotty
Sept. 17, 2018

  In light of the foregoing, plaintiff respectfully requests, on consent, a two-week extension of his Fed. R. Civ. P. 4(m) service deadline from today to October 1, 2018.

  Thank you for your consideration of this request.

                Respectfully submitted,

                Gabriel P. Harvis

cc: All Counsel