UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Johnny Hincapie,

                                           Plaintiff,

- against -

City of New York, et al.,

                                           Defendants.

------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

18-cv-3432 (PAC)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York.

Dated:        New York, New York
                March 26, 2019

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the
                                        City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2105

                           By:        /s/ Raju Sundaran
                                        Raju Sundaran

TO:     All Counsel (by ECF)