
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/19



ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-203b
NEW YORK, NY 10007

MATTHEW STEIN
Senior Counsel
Phone: (212) 356-2105
Fax: (212) 356-3559
mstein@law.nyc.gov

May 1, 2019

**BY ECF**

Hon. Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*5/1/2019*
*Leave to withdraw is granted.*
*So Ordered.*
*Paul A. Crotty*
*USDJ*

Re: *Johnny Hincapie v. The City of New York, et al.*, 18-CV-3432 (PAC)

Your Honor:

    I am Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and I am among counsel for the City defendants in the above-referenced matter. I write to respectfully request leave, pursuant to Local Civil Rule 1.4, to withdraw as counsel of record for defendants.

    This motion is necessary because I am no longer assigned to this case and will have no further involvement in this matter. More specifically, as of Wednesday, May 1, 2019 I will no longer be employed by the City of New York. As the Court is aware, Assistant Corporation Counsel Raju Sundaran filed a Notice of Appearance in this case on March 26, 2019. (*See* Dkt. 87). Thus, I respectfully request that the Court grant leave for me to withdraw as counsel.

    I thank the Court for its time and consideration herein.

Respectfully submitted,

/s/

Matthew E. Stein
Senior Counsel