

eeplaw.com

**80 Pine Street, 38th Floor**
**New York, New York 10005**
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
DANIEL SOLINSKY
ANDREW VILLA

*Also Admitted In New Jersey*

February 7, 2020

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Hincapie v. City of New York, et al.*, 18 CV 3432 (PAC) (RWL)

Your Honor:

  I represent plaintiff in the above-referenced matter. I write on behalf of the parties pursuant to Fed. R. Civ. P. 26(f) to respectfully enclose a proposed Case Management Plan and Scheduling Order for the Court's review and endorsement.

  Thank you for your attention to this matter.

            Respectfully submitted,

            Gabriel P. Harvis

Encl.

cc: All Counsel