# EXHIBIT 4

# DVD CONTAINING VIDEO FILES