USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JOHNNY HINCAPIE,                          :
                                          :
                        Plaintiff,        :
                                          :
        - against -                       :
                                          :
CITY OF NEW YORK, et al                   :
                                          :
                        Defendants.       :
--------------------------------------------------------------X

18-CV-3432 (PAC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during today's telephone conference, a representative of the Comptroller's office with full authority (in accordance with this Court's individual procedures for settlement conferences) shall appear in person to participate fully in the settlement conference scheduled for October 19, 2022, at 9:30 in Courtroom 18D, or such other time and place as set by the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     September 20, 2022
           New York, New York