UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

JOHNNY HINCAPIE,

                                  Plaintiff,

-against-

CITY OF NEW YORK; Detective CARLOS GONZALEZ; Detective DONALD CASEY; Detective JAMES CHRISTIE; Detective ARTHUR SWENSON; Detective JOSE RAMON ROSARIO; Detective DANIEL RIZZO; Detective MATTHEW SANTORO; Sergeant SHARIF ALI; Sergeant JOHN HERBST; Sergeant TIMOTHY CONNOLLY; Sergeant GARY BORMAN; The Estate of Deputy Chief JOSEPH DEMARTINO; Lieutenant VICTOR MOLE; Captain "JOHN" BAYSHIM; JOHN and JANE DOE DETECTIVES 1-5; and JOHN and JANE DOE SUPERVISORS 1-5,

                                  Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 3432 (PAC) (RWL)

      **WHEREAS**, the parties[1] have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

---

[1] John Herbst, the Estate of Joseph DeMartino, Victor Mole, and "John" Bayshim were dismissed from this matter in a Decision and Order dated January 22, 2020. (See Docket Entry No. 142). Summary Judgment was granted in favor of Arthur Swenson, Jose Ramos Rosario, Daniel Rizzo, Matthew Santoro, Sharif Ali, Timothy Connolly and Gary Borman by Decision and Order dated July 21, 2022. (See Docket Entry No. 197).

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2022

| | |
|---|---|
| ELEFTERAKIS, ELEFTERAKIS & PANEK<br>*Attorneys for Plaintiff*<br>80 Pine Street, 38th Floor<br>New York, NY 10005<br>(212) 532-1116<br><br>By: _____<br>Gabriel P. Harvis<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York, Gonzalez, Christie and Casey*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Omar J. Siddiqi<br>Senior Counsel |

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022